Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308

Attorney for Plaintiff/Petitioner.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER SINGH,<br><br>    Plaintiff/Petitioner,<br><br>v.<br><br>ROBIN L. BARRETT, FIELD OFFICE DIRECTOR, SAN FRANCISCO DISTRICT OFFICE; DON RIDING, OFFICER-IN-CHARGE, FRESNO SUB-OFFICE; MICHAEL CHERTOFF, SECRETARY, U.S. DEPARTMENT OF HOMELAND; ALBERTO GONZALES, U.S. ATTORNEY GENERAL; ROBERT MUELLER, III, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants/Respondents. | No.   C 1:07-cv-00672-LJO-SMS<br><br>STIPULATION FOR DISMISSAL AND  ORDER |

Plaintiff/Petitioner, by and through his attorney of record, and Defendants/Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action, without prejudice, because the U.S. Citizenship and Immigration Services has agreed to adjudicate Plaintiff/Petitioner's application for naturalization within 60 days of June 26, 2007, or by August 25, 2007.

Each of the parties shall bear their own costs and fees.


Stipulation for Dismissal and [Proposed] Order

No.   C 1:07-cv-00672-LJO-SMS

1  Dated:        June 29, 2007              Respectfully submitted,

2                                           /s/ Robert B. Jobe

3                                           _____
                                            Robert B. Jobe
                                            Counsel for Plaintiff/Petitioner
4

5
   Dated:        June 29, 2007              /s/ Audrey Hemesath
6
                                            _____
                                            Audrey Hemesath
7                                           Assistant United States Attorney
                                            Counsel for Defendants/Respondents
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Stipulation for Dismissal and [Proposed] Order

28  No.     C 1:07-cv-00672-LJO-SMS

Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308

Attorney for Plaintiff/Petitioner.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASWINDER SINGH, | No.   C 1:07-cv-00672-LJO-SMS |
| Plaintiff/Petitioner, | |
| v. | ORDER |
| ROBIN L. BARRETT, FIELD OFFICE DIRECTOR, SAN FRANCISCO DISTRICT OFFICE; DON RIDING, OFFICER-IN-CHARGE, FRESNO SUB-OFFICE; MICHAEL CHERTOFF, SECRETARY, U.S. DEPARTMENT OF HOMELAND; ALBERTO GONZALES, U.S. ATTORNEY GENERAL; ROBERT MUELLER, III, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | |
| Defendants/Respondents. | |

Pursuant to stipulation, the case is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   July 2, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

[Proposed] Order

No.   C 1:07-cv-00672-LJO-SMS